UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH,<br><br>Plaintiff,<br><br>v.<br><br>A. GAFFNEY, et al.<br><br>Defendants. | NO. CV 18-5655-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART as follows:

(1) Defendants' motion to dismiss the Eighth Amendment claim against Defendant Fernandez is denied;

(2) Defendants' motion to dismiss the Eighth Amendment claim against Defendant Fekrat, and the due process claims against Defendants Gaffney and Gonzalez, is granted with leave to amend;

(3) Defendants' motion to dismiss based on failure to exhaust administrative remedies is denied without prejudice; and

(4) Plaintiff is granted leave to file a First Amended Complaint. If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

If Plaintiff fails to file a First Amended Complaint, this action will proceed solely on (1) his Eighth Amendment claims against Defendants Gaffney and Fernandez, and (2) his retaliation claims against Defendants Gaffney and Gonzalez.

DATED: May 28, 2019

DAVID O. CARTER
United States District Judge