JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK J. BOOTH,**<br><br>Plaintiff,<br><br>v.<br><br>**A. GAFFNEY, et al.,**<br><br>Defendants. | Case No. CV 18-5655 DOC (AGR)<br><br>**ORDER** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated: September 6, 2019

_____
David O. Carter
U.S. District Judge

LA2018502663
14074902